# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 272 WAL 2016
                               :
            Respondent         :
                               :
                               :  Petition for Allowance of Appeal from
                               :  the Order of the Superior Court
            v.                 :
                               :
                               :
                               :
LAKISHA MARIE WARD-GREEN,      :
                               :
            Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner are:

(1)    Whether the exception to the timeliness requirement of the PCRA for after-discovered facts requires the petitioner to file her PCRA Petition before verifying unknown, but suspected, facts through expert analysis.

(2)    Whether the Court of Common Pleas' determination of the deadline to file a PCRA petition for after-discovered evidence is entitled to deference by the Superior Court.